UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JAVON JOHN ABRAMS,

                            Petitioner,

    -against-

UNITED STATES OF AMERICA,

                            Respondent.
-------------------------------------------------------------------X

**MEMORANDUM & ORDER**

11-cv-672 (ENV)

**VITALIANO, D.J.**

      Javon John Abrams was previously before this Court on a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. After considering his motion, on September 9, 2012, his motion was denied. For the reasons set forth in the September 9 Order & Memorandum, a certificate of appealability shall not issue. See 28 U.S.C. § 2253(c)(2).

      **SO ORDERED.**

Dated: Brooklyn, New York
       January 25, 2013

                                                                s/ ENV

                                                       ERIC N. VITALIANO
                                                       United States District Judge